UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-cr-00290-JPH-KMB |
| ) | |
| JAYLON DORSEY, ) -01 | |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

The Parties appeared on January 18, 2024, before United States Magistrate Judge Kellie M. Barr for a hearing on the Petition for Warrant or Summons for Offender under Supervised Release filed on December 27, 2023. [Dkt. 90.] Defendant Jaylon Dorsey appeared in person and by counsel Dominic Martin of the Federal Community Defenders. Government represented by Assistant United States Attorney Kelsey Massa. United States Probation Office represented by Mark McCleese.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant of his rights and made sure he had a copy of the petition. Defendant waived his right to a probable cause hearing.

2. After being placed under oath, Defendant admitted violation numbers 2 through 6. [Dkt. 90.] Government orally moved to withdraw the remaining violation, numbers 1, which motion was granted by the Court.

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2. | "You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage." |
| | Mr. Dorsey submitted urinalyses which tested positive for Cannabinoids on December 1, November 27, November 18, November 13, November 2, October 11, October 5, August 21, July 25, July 20, June 27, June 12, June 8, June 2, May 15, April 6, March 23, and February 24, 2023. Additionally, Mr. Dorsey submitted a urine specimen on December 16, 2022, which tested positive for Cannabinoids. |
| 3. | "You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.)." |
| | Due to illegal drug use, on April 12, 2023, Mr. Dorsey's conditions were modified to include substance abuse treatment. As previously reported to the Court, Mr. Dorsey failed to consistently participate in outpatient drug treatment. The offender did not attend treatment scheduled for August 31, September 7, September 21, September 28, and October 5, 2023. |
| 4. | "You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods." |
| | As previously reported to the Court, Mr. Dorsey failed to report for drug testing on August 8, August 18, August 31, September 6, September 12, September 19, September 26, and September 30, 2023. |
| 5. | "You shall participate in a cognitive behavioral program, such as Moral Reconation Therapy (MRT), at the direction of the probation officer and abide by the rules and regulations of the program." |
| | As previously reported to the Court, Mr. Dorsey was removed from MRT due to repeated, unexcused absences. |
| 6. | "If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet in this judgment." |

>As previously reported, Mr. Dorsey's last payment of $25 was received on October 6, 2023. Prior to that date, a $25 payment was made on June 30, 2023. The unpaid fine balance is $405.

4.  The Parties stipulated that:

    (a) The highest grade of violation is a Grade C violation.

    (b) Defendant's criminal history category is II.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 4 to 10 months imprisonment.

5.  The Parties jointly recommended a sentence of 10 months of imprisonment with the Bureau of Prisons, with no federal supervision to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the condition to which he admitted in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 10 months, with no federal supervision to follow.

Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation. The Magistrate Judge recommends placement at Federal Prison Camp at Terre Haute, and that Mr. Dorsey receive mental health treatment and dental care.

The Parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The Parties waived the fourteen-day period to object to the Report and Recommendation.

**IT IS SO RECOMMENDED.**

Date: 1/19/2024

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

Electronic Notice to USPO