UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:21-cr-00290-JPH-KMB ) |
| JAYLON DORSEY, | ) -01 ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Kellie M. Barr's Report and Recommendation and all findings therein, dkt. [95]. The Court now **ORDERS** that Jaylon Dorsey's supervised release is therefore **REVOKED**, dkt. [90], and Mr. Dorsey is sentenced to the custody of the Attorney General or his designee for imprisonment of 10 months on violation numbers 2 through 6, with no federal supervision to follow. The Court recommends placement at the Federal Prison Camp at Terre Haute, and for Mr. Dorsey to receive mental health treatment and dental care. Violation number 1 is withdrawn.

**SO ORDERED.**

Date: 1/22/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C